# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NOS. CR F 06-0419 LJO and CV F 09-0357 LJO |
|---|---|
| Plaintiff, | **ORDER ON DEFENDANT'S DISSOLUTION OF MOTION** |
| vs. | (Doc. 178.) |
| JOSE MORENO SANCHEZ, | |
| Defendant. | |

On May 21, 2009, defendant filed document 178 entitled "Disolution [sic] of Motion" which this Court construes as defendant's attempt to withdraw his February 25, 2009 motion to vacate, set aside or modify sentence pursuant to 28 U.S.C. § 2255. This Court DENIES defendant's motion (doc. 178) as moot in that this Court's February 27, 2009 order denied defendant 28 U.S.C. § 2255 relief and a certificate of appealability.

IT IS SO ORDERED.

**Dated:　May 26, 2009**　　　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1