IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>              v.<br><br>SANDRO JIMENEZ,<br><br>                      Defendant. | **CASE NO. 1:06-CR-00419 LJO**<br><br>**ORDER DISMISSING DEFENDANT FROM INDICTMENT**<br>**(Fed.R.Crim.P 48(A))** |

    The United States of America, having moved this Court to dismiss the indictment as to above-named defendant only pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, without prejudice and in the interest of justice and good cause appearing;

    IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed without prejudice in the interest of justice.

    IT IS FURTHER ORDERED that the warrant be recalled and this case be closed.

IT IS SO ORDERED.

    Dated: __**December 11, 2018**__       __**/s/ Lawrence J. O'Neill**__
                                                         UNITED STATES CHIEF DISTRICT JUDGE